LISA R. LANG
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **JOSHUA GROOTERS,**<br>            Plaintiff,<br>   vs.<br><br>**COMMISSIONER of Social Security,**<br>            Defendant | Civil Action No. 6:23-cv-00940-JR<br><br>**ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS** |

### ORDER

Based upon the Plaintiffs Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiffs attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u> 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$7,500.00** if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this 31st day of May, 2024.

   /s/ Jolie A. Russo
   Jolie A. Russo
   U.S. Magistrate Judge

Presented by:
Lisa R. Lang, OSB 025035 5200
SW Meadows Rd., Suite 150
Lake Oswego, OR 97035